UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Nicholas Ronald Wynn,

Defendant.

Case No. 19-cr-0163 (WMW/LIB)

**ORDER**

Before the Court is Defendant Nicholas Ronald Wynn's motion to seal his sentencing position pleading and related filings.  (Dkt. 130.)  The Court has reviewed the motion and finds that there is a compelling interest in sealing Wynn's sentencing position pleading.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Nicholas Ronald Wynn's motion to seal, (Dkt. 130), is **GRANTED**.  Docket Numbers 127, 128, and 129 shall remain sealed until May 6, 2042.

Dated:  May 2, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge