UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 19-cr-0163 (WMW/LIB) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Nicholas Ronald Wynn, | |
| Defendant. | |

WHEREAS, on March 24, 2022, this Court entered a Preliminary Order of Forfeiture ordering Defendant Nicholas Ronald Wynn to forfeit certain property, described below, to Plaintiff United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on March 29, 2022, providing notice of the United States's intention to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 146), is **GRANTED**.

2. All right, title and interest in the following property are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

   a. Dead Air Silencers Ghost fixed mount and Ghost Piston;
   b. Box containing gun parts;
   c. Trigger/magazine port;
   d. Gun parts;
   e. Ten (10) rounds of Winchester .308 ammunition;
   f. Twenty (20) rounds of .300 AAC Blackout ammunition;
   g. Fifty (50) rounds of .38 special ammunition;
   h. Four (4) plastic containers of tool kits, carbine stock, AR 15 lower, AR 15 jig, red dot sighting system, handgun holster, AR 15 stock, trophy brand scope, oppressor, gun parts, polymer80.com Jig, modular buttstock assembly;
   i. Thirty-four (34) rounds of Winchester 9mm ammunition;
   j. Eight (8) magazines, scope mount, bi-pod, 2 handgun barrels, various grips, charging handle, 2 handgun slides, gun parts;
   k. Two (2) heavy armor ballistic vest plates;
   l. One (1) black ballistic level III Delta helmet;
   m. One (1) black ballistic face shield;
   n. One (1) Security Pro black level IIIA ballistic vest;
   o. a Taurus Model PT111 G2 9mm semiautomatic handgun, with an obliterated serial number;
   p. a 9mm semiautomatic handgun built using a Polymer 80 PF940C frame;
   q. a Taurus .38 Special handgun, with an obliterated serial number;
   r. a Harrington & Richardson Arms .22 rimfire handgun;
   s. a M-10 .308 caliber semiautomatic rifle;
   t. Three (3) boxes of rifle ammunition;
   u. Three (3) boxes of .22 ammunition; and
   v. Three (3) magazines with 9mm, .308, and .22 caliber ammunition.

3.  The property described above shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 12, 2022         s/Wilhelmina M. Wright
                               Wilhelmina M. Wright
                               United States District Judge